UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 13-10290-RWZ |
| | ) | |
| HICHAM RAMZI NAHRA, and | ) | |
| BENJAMIN CELMA-SEDO | ) | |
|    Defendant. | ) | |

## FINAL STATUS REPORT

The United States respectfully moves submits this proposed Status Report for the final status conference scheduled for January 14, 2014 at 3:00 p.m.  The government submits as following pursuant to LR 116.5(c):

1. The case can be transferred to the U.S. District Court for a change of plea hearings for both defendants.

2(A). With the possible exception of 21-days materials, the government has disclosed all automatic discovery.

2(B). There are no outstanding discovery issues.

2(C). Defendants do not intend to file any pre-trial motions.

2(D). Thus far, 0-days have expired under the Speedy Trial Act.  The court should exclude the time under the STA from January 14, 2014, until the date of the respective plea hearings in this case.

2(E). If trial were necessary in this case, trial would last approximately 3-days.

                                Respectfully submitted,

                                CARMEN M. ORTIZ
                                United States Attorney

                  By:   /s/ *Neil Gallagher*
                          Neil J. Gallagher, Jr.
                          Assistant U.S. Attorney

Date Submitted:  January 14, 2014

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Neil J. Gallagher, Jr.*
Neil J. Gallagher, Jr.